IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MARJORAM ORRIS JONES, )
)
    Plaintiff, )
)
v. ) CV 318-070
)
FREDERICK JOHNSON; CHARLES )
DENSON; TIMOTHY HOWARD; )
RODNEY MCCLOUD; and )
MAINTENANCE PERSONAL, )
)
    Defendants. )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motion for judgment on the pleadings, (doc. no. 15), **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this 7th day of June, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE